FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 03 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS**
**_____ DIVISION**

CASE NO. 4:23-cv-00088-KGB-JJV

Jury Trial: ☐ Yes ☑ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: DESHON LADON MARTIN
ADC # 256654
Address: 917 POLLOCK ST NLR AR 72117

Name of plaintiff: TYSHON LARON HALL
ADC # 256776
Address: 3201 W. ROOSEVELT RD 72204

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: PULASKI COUNTY DETENTION CENTER

Position: _____

Place of employment: _____

Address: _____

This case assigned to District Judge Baker
and to Magistrate Judge Volpe

Name of defendant: _____

Position: _____

-4-

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☑ official capacity only
☐ personal capacity only
☐ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___  No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

    ☐    Court (if federal court, name the district; if state court, name the county):

    _____

    ☐    Docket Number: _____

    ☐    Name of judge to whom case was assigned: _____

    ☐    Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    ☐    Approximate date of filing lawsuit: _____

    ☐    Approximate date of disposition: _____

IV.    Place of present confinement: **PULASKI COUNTY REGIONAL DETENTION FACILITY**

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

    ✓ in jail and still awaiting trial on pending criminal charges

    ____ serving a sentence as a result of a judgment of conviction

    ✓ in jail for other reasons (e.g., alleged probation violation, etc.) explain: **BOND REVOKED 1st PROBATION REVOCATION**

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

        Yes ✓    No ____

    B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure? **NO**

Yes _____   No _____

If not, why? HAS BEEN COMMITTED JAIL KNOWS ABOUT THE ISSUE PASSED ON 1/3/2023

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

IN APPROXIMATELY DECEMBER OF 2022 I WAS INCARCERATED AT THE PULASKI COUNTY REGIONAL DETENTION FACILITY. UPON BEING HOUSED IN C-UNIT I IMMEDIATELY NOTICED MY INHUMANE LIVING CONDITIONS, THE POOR AIR QUALITY AND THE MOLD-MILDEW INFESTATIONS SURROUNDING ME ON THE CEILINGS, WALLS, SHOWERS AND BEDS. EVERYTHING IN THE CELLS WAS DRIPPING WITH WATER. I WAS FORCED TO LIVE IN AND BREATHE THIS 24 HOURS A DAY FOR A MONTH. I BECAME SICK, COUGHING UP AND VOMITING BLOOD AND COLORED MUCUS.

[ -7- A ]

THIS VIOLATED SEVERAL HEALTH Dept. GUIDELINES, CDC JAIL GUIDELINES DURING THE COVID-19 PANDEMIC AS WELL AS PCRDF POLICIES. ADMINISTRATIVE STAFF KNOWINGLY AND WILLINGLY TURNED A BLIND EYE TO THESE CONDITIONS. I WAS FORCED TO ENDURE THIS SICKNESS AT THE HANDS OF MY ABUSERS AS A PRETRIAL DETAINEE.

CLASS ACTION LAWSUIT

---

[-7-B]

VIII.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I WOULD LIKE $100,000 AND TO BE RELEASED ON MY OWN RECOGINIZE FROM PULASKI COUNTY JAIL, THANKS

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _____ day of _____, 20_____.

_Deshon Mott_

Signature(s) of plaintiff(s)

-8-

SUPREME COURT/ACLU/GOV. ETC    DEC 27, 2022
CLASS ACTION LAWSUIT
8/26/91  DESHON LADON MARTIN (256634)
TO WHOM THIS MAY CONCERN:
I WOULD LIKE TO FILE A COMPLAINT ABOUT THE LIVING CONDITIONS AT PCRDF (PCDC) THERE IS MOLD/MILDEW GROWING EVERY WHERE ALL ROOMS ARE DRIPPING WATER ALL OVER THE UNIT AND ME AND INMATES HAVE NO CHOICE BUT TO BE HOUSED WITH THIS GROWING MOLD ON THE WALLS CEILING BEDS SHOWERS ETC IM BREATHING THIS IN THROWING UP MUCUS (YELLOW/GREEN) BLOOD AND I HAVE NO MONEY TO SEE MEDICAL I KNOW THIS GOT TO BE AGAINST THE LAW TO HOUSE INMATES IN THIS FACILITY PER CDC AND OTHER HEALTH DEPARTMENT AGENCIES HERE IS ME AND A FEW OTHER INMATES WILLING AND WOULD LIKE ADDRESS THIS ISSUE
                                                         THANKS

8/26/91  Deshon Ladon Martin
8/26/91  DESHON LADON MARTIN (256634)
         George Mason                    107331
         Dana Lamon Smith Sr.  11/25/1976
         Travis Smith            Michael Moody
01/20/1984  Tony Richardson    Demarcus Tyes
11/20/1969  Lee Saulsberry    GRIEVANCE 12-27-2022
5/22/1966  Charles Young    RESPONDED 1-3-2023 PCDC

DESHON LADON MARTIN
3201 W. ROOSEVELT RD
LITTLE ROCK, AR 72204

LITTLE ROCK AR 720
27 JAN 2023 PM 3



US POSTAGE
$00.81°
First-Class
Mailed From 72204
01/27/2023
032A 0061864891

UNITED STATES DISTRICT COURT
600 W. CAPITOL AVE SUITE A-
LITTLE ROCK, AR 72201    149

72201-339919